## Patrick O. CHRISTIAN, Plaintiff–Appellant,

v.

Rodney MOORE; Daniel E. Bailey, Jr.; James Townsend; Tom Callahan; Carson Dean; Burke, Dr.; Lynn R. Holmes; Robert B. Nipper; Lisa Bell; Robert Guillet; Dustin Elliot; Michael Jordan; Paul Banneman; Burgess, Dr.; Bowman, Dr.; Greyhound Manager, Defendants–Appellees.

No. 13–1367.

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2013.

Decided: July 29, 2013.

Patrick O. Christian, Appellant Pro Se.

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick O. Christian appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006) and denying his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Christian v. Moore*, No. 3:13–cv–100–FDW–DSC, 2013 WL 937764 (W.D.N.C. Feb. 28 & Mar. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*